

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and STATE OF TEXAS<br>*ex rel.* JEFFREY SEARS<br><br>Plaintiffs,<br><br>v.<br><br>ST. JUDE MEDICAL, INC.,<br>MEDCATH OF LITTLE ROCK, LLC<br>d/b/a ARKANSAS HEART<br>HOSPITAL; and BAYLOR HEALTH<br>CARE SYSTEM;<br><br>Defendants. | Case No. 3-10CV1237-M<br><br>**FILED *IN CAMERA* AND<br>UNDER SEAL PURSUANT TO<br>31 U.S.C. §3730(b)(2)** |

## THE STATE OF TEXAS' NOTICE OF DECLINATION

1.  Pursuant to the Texas Medicaid Fraud Prevention Act, chapter 36 of the Texas Human Resources Code ("TMFPA"), Texas notifies the Court of its decision not to intervene in this action.

2.  Although Texas declines to intervene, we respectfully refer the Court to the provisions of the TMFPA. Specifically, TMFPA section 36.104, as amended, provides that "[i]f the state declines to take over the action, the person bringing the action may proceed without the state's participation"; and section 36.102 provides that the "action under this subchapter may be dismissed . . . only if the court and the attorney general consent in writing to the dismissal and state their reasons for consenting." Texas requests that, should either the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of Texas before ruling or granting its approval of such a request.

1

3. Texas further requests that pursuant to TMFPA section 36.104, should this case continue, that relator and defendants serve all pleadings filed in this action upon Texas, and that all orders issued by the Court also be sent to the undersigned government's counsel.

4. Texas reserves its right to order any deposition transcripts and to intervene in this action, for good cause shown, at a later date pursuant to TMFPA section 36.104.

5. Texas requests that the complaint, this notice, and the Court's accompanying Order remain sealed and that they not be served upon defendants. Texas asks that all other materials in the court's file (including, but not limited to, any hearing transcripts, applications filed by Texas for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on defendants because, in discussing the content and extent of Texas' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

6. This Notice of Declination is without prejudice to Texas' rights under TMFPA, and Texas expressly reserves the right to bring claims against these defendants under TMFPA at a later date.

7. A proposed order accompanies this notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

WILLIAM J. COBB, III
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

*Susan J. Arenella*
SUSAN J. ARENELLA
State Bar No. 23001320
Assistant Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, TX 78711-2548
512-936-1448
FAX: 512-495-9518
susan.arenella@oag.state.tx.us

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State of Texas' Notice of Declination and proposed Order were mailed by first class mail on this __3rd__ day of October, 2011, to:

Robert J. Hill
Hill & Hill
6301 Preston Road, Suite 700
Plano, TX  75024

John R. Newcomer, Jr.
James, Hoyer, Newcomer, Smiljanich
  & Yanchunis, PA
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL  33609

Adam J. Schwartz
U.S. Department of Justice
Civil Fraud Section
Commercial Litigation Branch
601 D Street, N.W., Room 9537
Washington, DC  20004

Sean R. McKenna
United States Attorney's Office
Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, TX  75242

_____
SUSAN J. ARENELLA

4